UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD L. MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:10-CV-132-FL |
| | ) | |
| DONALD MONROE and WELLS FARGO, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction, or, in the alternative, for failure to state a claim on which relief may be granted and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 6, 2010, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. All claims arising in this case having been dismissed, the plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 8, 2010, and Copies To:**
Daniel J. Palmieri (via CM/ECF Notice of Electronic Filing)
David N. Jonson (via CM/ECF Notice of Electronic Filing)
Donald L. Morrison (via U.S. Mail) 104 Boryk Avenue, PO Box 3612, Topsail, NC 28445


December 8, 2010          DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk